THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER B. HARTOUGH, Appellant, *v.* JOHN J. SCANNELL, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Hartough* v. *Scannell,* 48 App. Div. 445, affirmed.
(Argued June 5, 1900; decided June 19, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1900, affirming an order denying an application for a peremptory writ of mandamus directing the defendant to reinstate the relator in the position of laborer in the fire department of the city of New York, entered upon a decision of the court at a Trial Term without a jury.

*Hugo Hirsh* for appellant.

*John Whalen, Corporation Counsel* ( *William J. Carr* 'of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.